UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MANUEL FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>CONNIE GIBSON, et al.,<br><br>    Defendant. | Case No.: 1:13-cv-01608-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL<br><br>[ECF No. 9] |

    Plaintiff Carlos Manuel Flores is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed on October 7, 2013.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on October 21, 2013.  Local Rule 302.

    On December 16, 2013, Plaintiff Carlos Manuel Flores filed a motion to dismiss the complaint. The court construes Plaintiff's notice as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice.  Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims.  Id.

///

///

///

Accordingly,

IT IS HEREBY ORDERED that the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on December 16, 2013.

IT IS SO ORDERED.

Dated:   **December 16, 2013**

UNITED STATES MAGISTRATE JUDGE